HOLTON v. WALLACE et al.

(Circuit Court of Appeals, Third Circuit. October 23, 1896.)

CORPORATIONS—SUIT BY STOCKHOLDER ON BEHALF OF CORPORATION.

A suit by a stockholder to enforce rights existing in the corporation cannot be sustained where it is not alleged that any attempt has been made to secure redress through the corporation, or through a receiver in charge of its property, and where neither the receiver nor the corporation is made a party. 66 Fed. 409, affirmed.

Appeal from the Circuit Court of the United States for the Western District of Pennsylvania.

This was a suit in equity by Forbes Holton, as a stockholder of the Newcastle Northern Railway Company, "on behalf of himself and other stockholders of said company," against C. S. Wallace and several other individuals, to enforce alleged rights of the corporation. The circuit court dismissed the bill, with costs (66 Fed. 409), and the complainant has appealed.

R. B. McComb, for appellant.

D. B. Kurtz and S. W. Dana, for appellees.

Before DALLAS, Circuit Judge, and BUTLER and WALES, District Judges.

BUTLER, District Judge. After a careful examination of the several errors assigned, we are unable to sustain any of them. The opinion of the circuit court is a sufficient vindication of its action in dismissing the bill. The causes of suit set up are not vested in the plaintiff, but in the corporation, or the receivers of its property, appointed by the court, and the plaintiff has not shown himself qualified to sue on the rights of either. What the circuit court has said in this respect so fully expresses our views that we adopt it, and decide the case accordingly. The decree is affirmed, with costs.